## THIRD DEPARTMENT, MAY, 1954.
### (May 18, 1954.)

■

McCall v. Beck.— [For decision see 284 App. Div. 838.]

### (May 19, 1954.)

■

In the Matter of the Claim of LILLIAN BIELECKI, as Committee of the Person and Property of STANLEY BIELECKI et al., Appellants, against CITY OF SCHENECTADY, Respondent. WORKMEN'S COMPENSATION BOARD, Respondent.— Motion to dismiss appeal granted, by default, without costs.  Present — Foster, P. J., Bergan, Coon, Halpern and Imrie, JJ.

■

ROBERT J. BURNS, Doing Business as BURNS MOTOR EXPRESS, Respondent, v. HOME FIRE AND MARINE INSURANCE COMPANY, Appellant.— Motion to dismiss appeal denied, with $10 costs.  Present — Foster, P. J., Bergan, Coon, Halpern and Imrie, JJ.

■

BOARD OF EDUCATION OF CINCINNATUS CENTRAL SCHOOL DISTRICT NO. 1 OF THE TOWN OF CINCINNATUS and Other Towns, Cortland County; GERMAN and Other Towns, Chenango County, and TRIANGLE, Broome County, Respondent, v. OSCAR B. DORMIRE et al., Appellants, et al., Defendants.— Motion to dismiss appeal granted, by default, without costs.  Present — Foster, P. J., Bergan, Coon, Halpern and Imrie, JJ.

■

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. FRANCIS BACON, Appellant.— Motion to dismiss appeal granted, by default, without costs. Present — Foster, P. J., Bergan, Coon, Halpern and Imrie, JJ.

■

BARBARA DELANEY, Appellant, v. DELAWARE AND HUDSON RAILROAD CORPORATION et al., Respondents.— Motion to dismiss appeal granted, by default, without costs.  Present — Foster, P. J., Bergan, Coon, Halpern and Imrie, JJ.

■

In the Matter of ANTONIO DESJARDINES, Appellant, against JOSEPH D. McGOLDRICK, as State Rent Administrator, Respondent.— Motion to dismiss appeal granted, by default, without costs.  Present — Foster, P. J., Bergan, Coon, Halpern and Imrie, JJ.

■

NORBERT EISENSTEIN, Respondent, v. BEATRICE C. CONNORS, Appellant. NATHAN N. CORTESE et al., Appellants, v. BEATRICE C. CONNORS, Respondent, and NORBERT EISENSTEIN, Intervener, Respondent.— Motion to dismiss appeals granted, by default, without costs. Present — Foster, P. J., Bergan, Coon, Halpern and Imrie, JJ.  [See post, p. 987.]

■

In the Matter of the Claim of ANNA HELD, Appellant, against BERNARD HELD, INC., et al., Respondents. WORKMEN'S COMPENSATION BOARD, Respondent.— Motion to dismiss appeal granted, by default, without costs.  Present — Foster, P. J., Bergan, Coon, Halpern and Imrie, JJ.